ON MOTION FOR REHEARING OR TRANSFER

Before Rahmeyer, Lynch, and Burrell, J.J.
PER CURIAM.
In her timely post-opinion Motion to Rehear or Transfer to the Missouri Supreme Court, Defendant claims that “[t]his Court erred in its ‘Factual and Procedural Background’ on page 2 of the opinion” in stating, “Trooper McDonald asked if he could step inside; Defendant agreed[.]” Defendant asserts in her motion that “[t]he record before this Court directly and irrefutable [sic] disputes these findings.” This assertion not only ignores our standard of review of the denial of a motion to suppress, as set forth on page 3 of our opinion, but it is factually incorrect. Lines 15 through 20 on page 69 of the trial transcript reflect that Trooper McDonald testified at Defendant’s trial as follows:
Q: And then after being greeted by her what happened next?
A: I explained to her my reason for being there and asked if I could step inside, to which she agreed, and I stepped just inside the doorway[.]”
(Emphasis added).'
Defendant’s motion is denied.